

Account last logged on successfully: 08/08/2011 12:10:16

Cleared Check Image(s)

Check #1038 — Sharon Solomon, 124 2nd Avenue, Bayshore, NY 11706. Date 7/28/11. Pay to the Order of Jerothea Bell $5,000.00. Five Thousand Dollars. Signed Sharon Solomon.

**Cleared Check Image(s)**  Zoom In | Zoom Out | Zoom Reset

SHARON SOLOMON
134 2ND AVENUE
BAYSHORE, NY 11706

No. 1037
Date: 6/24/11

Pay to the Order of: Jonathan ~~[illegible]~~     $5000.00

Five Thousand ~~[illegible]~~ Dollars

[TFCU logo]
~~[illegible]~~, NY 11706

For: _____

Signature: Sharon Solomon

⑆ 221475786 ⑆ 126100026 ⑈ 1162 ⑈ 1037

APPLEBX15  >ZZ6876384<  06/30/11  818298818

[endorsement signature on back]

OK

**Cleared Check Image(s)**    Zoom In  |  Zoom Out  |  Zoom Reset

```
SHARON SOLOMON                                          1036
194 3RD AVENUE                                      10-7570/2214
BAYSHORE, NY 11706              Date 4/28/11             1281

Pay to the
Order of  Jonathan Bell                    $ 5000.00

          Five Thousand Dollars                  Dollars

[TFCU logo]
Teachers Federal Credit Union
Farmingville, NY 11738

For _____              Sharon Solomon

⑈222475786⑈ 126100026 2116 2⑉ 1036
```

Endorsement (back of check): *Jonathan Bell / [illegible]*

`APPLETX15  >000070594< 05/03/11 818180215`

[ OK ]





Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

Sharon Solomon
Attn:

## Invoice 20010

| Date | Feb 10, 2011 |
|---|---|
| Terms | N/A |
| Service Thru | Feb 10, 2011 |

**In Reference To: Title VII Case (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/14/2010 | AT | **Draft:** Draft court order / ECF filing. Invoice review / Conf. Opposing counsel | 0.80 | $250.00/hr | $200.00 |
| 10/12/2010 | AT | **Review:** File review at Ira Neman office | 5.50 | $250.00/hr | $1,375.00 |
| 11/29/2010 | AT | **Documentation:** procedural case history review/ prep for court appearance | 1.30 | $250.00/hr | $325.00 |
| 12/01/2010 | AT | **Documentation:** Transcript review | 2.40 | $250.00/hr | $600.00 |
| 12/09/2010 | AT | **Documentation:** Causes of Action / complaint review / affidavits | 3.70 | $250.00/hr | $925.00 |
| 12/13/2010 | AT | **Correspondence:** Conf. opposing counsel | 0.30 | $250.00/hr | $75.00 |
| 01/03/2011 | AT | **Meeting:** Conf. Bell / Kilada / Legal Standards / Causes of action | 0.30 | $250.00/hr | $75.00 |
| 01/10/2011 | AT | **Correspondence:** Conference Client | 0.10 | $250.00/hr | $25.00 |
| 01/10/2011 | AT | **Research:** Retrieve and Review PACER for procedural history of case; Review Magistrate's Order granting in part, and denying in part, P's motion to Amend complaint; Review Amended Complaint with all of the Accompanying Exhibits and Amended Answer | 4.40 | $250.00/hr | $1,100.00 |
| 01/11/2011 | AT | **Research:** Preliminary Research and Outline Legal Standards in the 2nd Circuit for 1983 claims; ADA & NYSHRL Disability claims; Retaliation claims, & race and gender claims | 2.70 | $250.00/hr | $675.00 |
| 01/25/2011 | AT | **Review:** Review and outline matters relating to the following: P's SDHR Race and Gender Complaint and all Exhibits; District's Position Statement responding to Race and Gender Complaint; P's Rebuttal to Race and Gender Complaint; SDHR finding of Probable Cause in Race and Gender Complaint; SDHR Final Investigation Report and Basis of Determination for Race and Gender Complaint; Complaint Report Event History for Race and Gender Complaint; SDHR file re: Race and Gender Complaint | 3.20 | $250.00/hr | $800.00 |
| 01/26/2011 | AT | **Meeting:** Conf Client / Conf opposing counsel / case theiry | 0.50 | $250.00/hr | $125.00 |
| 01/26/2011 | AT | **Review:** Review and outline matters relating to following: P's SDHR Retaliation and ADA Complaints and all exhibits; District's Position Statements responding to Retaliation and ADA Complaints; P's Rebuttal to Retaliation and ADA Complaints; SDHR finding of Probable Cause in Retaliation and ADA Complaints; SDHR Final Investigation Report and Basis of Determination for Retaliation and ADA Complaints; Complaint Report Event History for Retaliation and ADA Complaints; SDHR file re: Retaliation and ADA Complaints | 4.40 | $250.00/hr | $1,100.00 |

Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

Sharon Solomon
Attn:

### Invoice 20010

| Date | Feb 10, 2011 |
|---|---|
| Terms | N/A |
| Service Thru | Feb 10, 2011 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/28/2011 | AT | Research: Review and outline case folders related to the following: Notice of Claims for Race & Gender, Retaliation, and Disability Claims; SDHR Inception Materials including: Notices re: consolidation of Complaints; Hearing Requests and cancelling of hearings; Requests for Investigative Files; Review Plaintiff's Rule 26 Initial Disclosure | 3.30 | $250.00/hr | $825.00 |
| 01/31/2011 | AT | Review: Review and digest Frazier deposition | 5.20 | $250.00/hr | $1,300.00 |
| 02/01/2011 | AT | Review: Review and digest Nicolas Dyno Deposition | 2.90 | $250.00/hr | $725.00 |
| 02/02/2011 | AT | Meeting: Conf opposing counsel / Deposition ? Settlement discussions | 0.70 | $250.00/hr | $175.00 |
| 02/02/2011 | AT | Review: Review and outline Jennifer Lancaster deposition | 5.60 | $250.00/hr | $1,400.00 |
| 02/03/2011 | AT | Review: Review Plaintiff's Deposition and all Exhibits cited thereto; outlined Plaintiff's Deposition | 3.70 | $250.00/hr | $925.00 |
| 02/04/2011 | AT | Research: Continue to Review Plaintiff's Deposition and all Exhibits cited thereto; Continue to outline Plaintiff's Deposition | 4.90 | $250.00/hr | $1,225.00 |
| 02/07/2011 | AT | Review: Review and outline Jacunksi deposition | 3.80 | $250.00/hr | $950.00 |

| | |
|---|---|
| Total Hours | 59.70 hrs |
| Total Labor | $14,925.00 |
| Total Expenses | $0.00 |
| Total Invoice Amount | $14,925.00 |
| Previous Balance | $0.00 |
| Balance (Amount Due) | $9,925.00 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 1/5/2011 | Balance Adjustment | | ($5,000.00) |

Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

**Sharon Solomon**
Attn:

## Invoice 20020

| Date | Apr 08, 2011 |
|---|---|
| Terms | N/A |
| Service Thru | Apr 08, 2011 |

**In Reference To: Title VII Case (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/08/2011 | AT | Review: Review and outline Pitterson deposition | 2.30 | $250.00/hr | $575.00 |
| 02/09/2011 | AT | Draft: Review P's discovery production, P. v. SUFSD BS #s 1-676 and miscellaneous D's discovery production; Prepare Memo to File based on materials reviewed thus far | 5.50 | $250.00/hr | $1,375.00 |
| 02/10/2011 | AT | Review: Review case folder related to the following: P's Economic Losses 3/09, Salary Guide for Teachers; Salary Statement, District's Payroll Summaries; Correspondence and Faxes from P to Counsel; Non-party witnesses Subpoenas and Notices of Deposition; Subpoenas and Subpoenas Ducem Tecum to Teacher's Union, and correspondence to Court regarding same; Documents re: Frazier and Rev. Dozier. | 1.00 | $250.00/hr | $250.00 |
| 02/14/2011 | AT | Draft: Review and outline deposition testimony of Latisha Ellis | 2.80 | $250.00/hr | $700.00 |
| 02/16/2011 | AT | Review: Review discovery production BS #s 1-405; 420 (in w/other evaluations) 422-566; 567-876; P877-P882; 883-1074; P1075-1250; P143-P144; Continue Memo to File | 5.20 | $250.00/hr | $1,300.00 |
| 02/17/2011 | AT | Draft: Review discovery production BS #s 2000-2040 (Dr. Groth's records); Review case folders related to the following matters: Defendant's Requests for Production; Plaintiff's Responses to Defendant's Requests for Production; Defendant's First Set of Interrogatories; Defendant's Responses to P's requests for Production of Documents; Plaintiff's Responses to Defendant's Requests for Interrogatories; Plaintiff's Rule 26 Disclosure Statement; Defendant's Rule 26 Disclosure Statement; Correspondence re: defects in discovery exchanged; Defendant's Responses to P's Requests for Admission; Defendant's post EBT Requests for Documents, Information, and Authorizations & Plaintiff's Responses to same; Motion to extend discovery; press releases; CVS invoices; P's Witnesses; Witness Affidavits; Notice to admit; Review Motions/Applications & Oppositions to the following: unsworn VanCleef affidavit, protective order on subpoena for Union Representative Lissenden, motion to quash depositions of 3 non-party witnesses, extending discovery; Review Judge's and Magistrate's decisions regarding the above Motions/Applications; Review medical records in case folder; Memo to file regarding what documents we are missing; Continue Memo to File based on materials reviewed thus far | 4.20 | $250.00/hr | $1,050.00 |
| 02/22/2011 | AT | Draft: Review discovery production BS #s 677-1028 including, but not limited to P's 50h hearing; Review Hartman, Garcia, and Gettling Affidavits; Continue Memo to File based on materials reviewed thus far | 4.00 | $250.00/hr | $1,000.00 |

Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

**Sharon Solomon**
Attn:

**Invoice 20020**

| Date | Apr 08, 2011 |
|---|---|
| Terms | N/A |
| Service Thru | Apr 08, 2011 |

| | | | |
|---|---|---|---|
| 02/23/2011 AT | Draft: Finalize memo to file & outline outstanding issues | 1.00 $250.00/hr | $250.00 |
| 03/21/2011 AT | Deposition: Client Deposition in office | 3.80 $250.00/hr | $950.00 |
| 03/31/2011 AT | Documentation: Conf opposing counsel / Conference Judge chambers / pre trial order | 0.50 $250.00/hr | $125.00 |
| 04/04/2011 AT | Draft: Telephone conference with counsel for Defendant (Gereg). Draft letter re: postponement of certain deadlines as agreed. | 1.40 $250.00/hr | $350.00 |
| 04/04/2011 AT | Correspondence: Magistrate Conference / ecf filinf / fax chambers / conference opposing counsel | 0.80 $250.00/hr | $200.00 |

| | |
|---|---|
| Total Hours | 32.50 hrs |
| Total Labor | $8,125.00 |
| Total Expenses | $0.00 |
| Total Invoice Amount | $8,125.00 |
| Previous Balance | $12,350.00 |
| Balance (Amount Due) | $15,475.00 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 3/9/2011 | Payment - Check | | ($5,000.00) |

Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

Sharon Solomon
Attn:

## Invoice 20037

| Date | Jul 11, 2011 |
|---|---|
| Terms | |
| Service Thru | Jul 11, 2011 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/26/2011 | AT | Review: Review Frazier and Pitterson digested deposition testimony & incorporate into 56.1 statement | 5.60 | $250.00/hr | $1,400.00 |
| 05/26/2011 | AT | Other: Draft application to Judge / Conf. Co-counsel / Case theory Summary Judgement | 1.40 | $250.00/hr | $350.00 |
| 05/31/2011 | AT | Draft: Outline client's affidavit and Draft 56.1 statement incorporating deposition testimony from Plaintiff, Lancaster, and all the SDHR complaints and rebuttal statements. | 7.20 | $250.00/hr | $1,800.00 |
| 06/01/2011 | AT | Draft: Review Defendant's Statement of Material Facts para 1-77 and review each exhibit that was relied upon in Defendant's respective statements; Respond to Defendant's 56.1 statement para 1-77 citing and cross-referencing admissible testimony and exhibits; draft list of questions for client; tel-con with client going over strategy in this case. | 5.00 | $250.00/hr | $1,250.00 |
| 06/02/2011 | AT | Draft: Review Defendant's Statement of Material Facts para 77-202 and review each exhibit that is relied upon in Defendant's respective statements; Respond to Defendant's 56.1 statement para 78-202 citing and cross-referencing admissible testimony and exhibits; send additional questions to client | 7.30 | $250.00/hr | $1,825.00 |
| 06/03/2011 | AT | Draft: Review client's responses to my questions and incorporate same into her affidavit; continue to draft 56.1 counterstatement; incorporate matters from Staudte, VanCleef, Thomas, Ellis witness deposition transcripts & Hartmann, Garcia, and Gettling affidavits to demonstrate proof of Prima Facie case, pretext, and genuine issue of fact into 56.1 statement. | 7.00 | $250.00/hr | $1,750.00 |
| 06/04/2011 | AT | Draft: Review client's responses to my 2nd set of questions and incorporate same into her affidavit; Finalize responses to Defendant's 56.1 Statement; Perform Legal Research regarding the types of adverse action that Client suffered and incorporate legal research into Memorandum of Law; Draft argument section of brief | 7.20 | $250.00/hr | $1,800.00 |
| 06/05/2011 | AT | Draft: Finalize 56.1 counter-statement; collate and gather exhibits; cross reference exhibits to 56.1 counter-fact statement and to response to Defendant's 56.1 statement; Finalize Client's Declaration and send for her review; Receive and review client's additions and tel-cal w/client discussing same; Incorporate Client's changes into her Declaration; Draft Bell Declaration | 7.50 | $250.00/hr | $1,875.00 |
| 06/07/2011 | AT | Other: ECF Filing / Case Conference | 0.70 | $250.00/hr | $175.00 |
| 06/30/2011 | AT | Documentation: Judge order ecf | 0.20 | $250.00/hr | $50.00 |

Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

Sharon Solomon
Attn:

## Invoice 20037

| Date | Jul 11, 2011 |
|---|---|
| Terms | |
| Service Thru | Jul 11, 2011 |

In Reference To: Title VII Case (Labor)

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/05/2011 | AT | Draft: Draft Statement of the Case; Draft Summary of Claims to be Tried; Draft Propositions of Law; Start to Draft propositions of fact | 3.60 | $250.00/hr | $900.00 |
| 04/06/2011 | AT | Draft: Continue to Draft Propositions of Fact; Review documents in case and start to draft Exhibit List | 5.10 | $250.00/hr | $1,275.00 |
| 04/07/2011 | AT | Draft: Continue to review documents in case and draft list of exhibits for use in pre-trial order; Draft Witness List | 7.00 | $250.00/hr | $1,750.00 |
| 04/10/2011 | AT | Documentation: Cross Reference BS # listed on all Exhibits to those listed on the exhibit list; Collate and label all Exhibits listed on Exhibit List; Draft Memo to File re: Exhibit List. | 5.70 | $250.00/hr | $1,425.00 |
| 04/11/2011 | AT | Review: Conference co-counsel / prep for court conference / Magistrate Lindsay / Exhibit objections | 1.30 | $250.00/hr | $325.00 |
| 04/12/2011 | AT | Court Time: Travel to / from Federal court Central Islip / Pretrial conference / Joint Pretrial order filed | 2.10 | $250.00/hr | $525.00 |
| 04/25/2011 | AT | Phone Call: Telephone conference with Defendant counsel re: discovery and pre-trial. | 0.40 | $250.00/hr | $100.00 |
| 04/27/2011 | AT | Court Time: Pre-trial conference morning prep with attorney Bell and Kilada. Pre-trial conference in Federal court with attorney Kilada and Krell. Pre-trial order. Travel to/from Federal court. | 5.00 | $250.00/hr | $1,250.00 |
| 05/11/2011 | AT | Review: Review Feuerstein Rules and Local Rules regarding Summary Judgment; Receive and review District's Memorandum of Law in Support of Motion for Summary Judgment; | 2.70 | $250.00/hr | $675.00 |
| 05/12/2011 | AT | Draft: Outline Legal Theories For Memo of Law opposing Summary Judgment | 2.00 | $250.00/hr | $500.00 |
| 05/19/2011 | AT | Research: Perform legal research regarding issues related to TMJ | 1.20 | $250.00/hr | $300.00 |
| 05/24/2011 | AT | Review: Outline 56.1 statement; Review digested deposition testimony of Jacunski and Dyno and incorporate same into 56.1 statement | 4.50 | $250.00/hr | $1,125.00 |
| 05/25/2011 | AT | Research: Perform Legal Research relating to 1983 claims and Inferences of discrimination to include adverse treatment of members in the same protected class; Perform Research of Feuerstein SJ discrimination cases, including 56.1 statements & counterstatements, declarations and obtain memorandums of law | 5.20 | $250.00/hr | $1,300.00 |

Law Office of Jonathan Bell
666 Old Country Road, 600
Garden City, NY 11530

# INVOICE

Sharon Solomon
Attn:

### Invoice 20037

| Date | Jul 11, 2011 |
|---|---|
| Terms | |
| Service Thru | Jul 11, 2011 |

| Date | By | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/06/2011 | AT | Draft: Finalize all cites to Client Affidavit in Statement of Facts; Cross reference all citations in Memorandum of Law to paragraphs in Statement of Facts; Finalize Brief and ensure that brief did not exceed page limit; Draft Table of Contents, and Table of Authorities; Cross reference both Table of Authorities and Table of Contents to the respective page numbers in the Memorandum of Law; Collate all papers for copying and service; Copy set of papers to be served on Defendants; Serve papers on Counsel | 6.70 $250.00/hr | $1,675.00 |

In Reference To: Title VII Case (Expenses)

| Date | By | Expenses | Amount |
|---|---|---|---|
| 06/30/2011 | AT | Printing/Copying: copying and printing Rule 56 motion | $96.89 |

| | |
|---|---|
| Total Hours | 101.60 hrs |
| Total Labor | $25,400.00 |
| Total Expenses | $96.89 |
| Total Invoice Amount | $25,496.89 |
| Previous Balance | $8,050.00 |
| Balance (Amount Due) | $28,546.89 |

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 6/24/2011 | Payment - Check | | ($5,000.00) |

June 8, 2011

Hi Joseph,

I apologize for not getting back to you sooner about the bill. Between my daughter's graduation and working with Elissa to complete the responses for the affidavit, I have been very busy.

I plan to give you a $5,000 check on June 24th.

Below is the chart of the two invoices: 20010 and 20020 and what we have paid so far.

The discrepancy is that the previous balance on the 20020 invoice should have been $4,925.00 and then when the $8,125.00 is added on, the amount due should be 13,050.00 instead of 15,475.00. There appears a discrepancy of $2,425.00. When we paid the next $5000.00 check on April 28th that should give us a previous balance of $8,050.00.

| Date | CK #/ InV# | Payment | Invoice | Balance Due |
|---|---|---|---|---|
| | | | | 0 |
| | | | $0.00 | $0.00 |
| 11/22/2011 | *1034 | $5,000.00 | | -$5,000.00 |
| 2/10/2011 | #20010 | | $14,925.00 | $9,925.00 |
| 3/7/2011 | *1035 | $5,000.00 | | $4,925.00 |
| | | | | $4,925.00 |
| 4/8/2011 | #20020 | | $8,125.00 | $13,050.00 |
| | | | | $13,050.00 |
| 4/28/2011 | *1036 | $5,000.00 | | $8,050.00 |
| | | | | $8,050.00 |
| 6/24/2011 | | $5,000.00 | | $3,050.00 |
| | | | | $3,050.00 |

Can you please review this and get back to us.

Sharon

August 12, 2011

Payment Chart for Sharon Solomon for legal services of the Law Offices of Jonathan Bell

| Date | Check# | Invoice# | Payment | Invoice | Balance Due |
|---|---|---|---|---|---|
| | | | | | 0 |
| | | | | $0.00 | $0.00 |
| 11/22/2011 | 1034 | | $5,000.00 | | -$5,000.00 |
| 2/10/2011 | | 20010 | | $14,925.00 | $9,925.00 |
| 3/7/2011 | 1035 | | $5,000.00 | | $4,925.00 |
| | | | | | $4,925.00 |
| 4/8/2011 | | 20020 | | $8,125.00 | $13,050.00 |
| 4/28/2011 | 1036 | | $5,000.00 | | $8,050.00 |
| 6/24/2011 | 1037 | | $5,000.00 | | $3,050.00 |
| 7/11/2011 | | 20037 | | $25,498.89 | $28,548.89 |
| 7/28/2011 | 1038 | | $5,000.00 | | $23,548.89 |
| | | | | | $23,548.89 |
| | | | | | $23,548.89 |
| | | | | | |
| Balance | | | $25,000.00 | $48,548.89 | $23,548.89 |

| | |
|---|---|
| Subject | Solomon Trial |
| From | JFKLEGAL@aol.com |
| Date | Tuesday, August 2, 2011 4:24 pm |
| To | esoterictoo@optonline.net |

Mrs. Solomon,

    Thank you for making a payment toward your account last week. As the trial nears, there still remains a relatively large balance. I hope you excuse this suggestion but have you ever considered applying to the teachers credit union for a credit card. It is a relatively low interest rate with a high limit. You could satisfy your debt with us and then pay that card off in manageable monthly increments over time.

    Again, this is a respectful suggestion.

Joseph F. Kilada
Attorney at Law
666 Old Country Road, Suite 600
Garden City, New York 11530
516-222-0454 (P)
516-745-0596 (F)
jfklegal@aol.com

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (516) 222-0454, or by reply e-mail, and destroy all copies of the original message. Thank you.